UNITED STATES OF AMERICA
U.S. DISTRICT COURT – EASTERN DISTRICT OF MICHIGAN

MICHELE CASSALE,

        Plaintiff,

v.

THOMAS GEORGE ASSOCIATES, LTD,

        Defendant.

_____/

Case No: 4:16-cv-10984-LVP-APP

Hon. Linda V. Parker
Mag. Judge Anthony P. Patti

## NOTICE OF DISMISSAL WITH PREJUDICE

THE PLAINTIFF, Michele Marie Cassale, by counsel, the O'Mara Law Firm PC, hereby gives notice pursuant Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to any party. Defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: April 18, 2016

Respectfully Submitted,

O'Mara Law Firm, P.C

/s/Sean R. O'Mara
Sean R. O'Mara (P76140)
Attorney for Plaintiff
21929 E. Nine Mile Rd.
Saint Clair Shores, MI 48080
T. (586) 200-6404
omaralawfirmpc@gmail.com

CERTIFICATE OF SERVICE

Sean R. O'Mara, attorney for Plaintiffs, affirms that he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

O'Mara Law Firm, P.C

/s/Sean R. O'Mara
Sean R. O'Mara (P76140)
Attorney for Plaintiff
21929 E. Nine Mile Rd.
Saint Clair Shores, MI 48080
T. (586) 200-6404
omaralawfirmpc@gmail.com